**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00285-CV

---

### FIESTA MART, L.L.C., Appellant

### V.

### GOOSE CAP ENTERPRISES, LLC, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-44177**

---

### MEMORANDUM OPINION

This is an accelerated appeal from a portion of an order signed April 8, 2020 that denied a motion to compel arbitration. On January 4, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Furthermore, the motion requests that costs of the appeals be taxed against the party that initially paid the cost, and the certificate of conference reflects that appellee has agreed. The motion

is granted. *See* Tex. R. App. P. 42.1(d).

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain,